David C. Reymann (8495) (dreymann@parrbrown.com)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah  84111
Telephone:  (801) 532-7840

Floyd G. Short (*pro hac vice*) (fshort@susmangodfrey.com)
Genevieve V. Wallace (*pro hac vice*) (gwallace@susmangodfrey.com)
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, Washington  98101
Telephone:  (206) 516-3880

Attorneys for Defendant EXPEDIA, INC.

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TRAVELPASS GROUP, LLC, | **STIPULATED MOTION TO STAY** |
| Plaintiff, | Case No. 2:17-cv-246 |
| v. | Magistrate Judge Paul M. Warner |
| EXPEDIA, INC., | |
| Defendant. | |

By and through their undersigned counsel, Plaintiff TravelPass Group, LLC ("TravelPass") and Defendant Expedia, Inc. ("Expedia"), hereby stipulate and agree as follows:

1. The parties have agreed to stay this action pursuant to Section 3 of the Federal Arbitration Act, 9 U.S.C. § 3.

2. The parties will promptly notify the Court of the completion of the arbitration and whether any further action is required.

A proposed Order is submitted concurrently herewith.

**STIPULATED AND AGREED** this 19th day of April 2017.

| | |
|---|---|
| PARR BROWN GEE & LOVELESS, P.C. | PARSONS BEHLE & LATIMER |
| /s/ David C. Reymann | /s/ Lara A. Swensen (*with permission*) |
| David C. Reymann | John R. Lund |
| | Lara A. Swensen |
| SUSMAN GODFREY L.L.P. | |
| Genevieve Vose Wallace (*pro hac vice*) | LYNN PINKER COX & HURST, LLP |
| Floyd G. Short (*pro hac vice*) | Jeremy A. Fielding (*pro hac vice*) |
| | Jonathan D. Kelley (*pro hac vice*) |
| Attorneys for Defendant EXPEDIA, INC. | |
| | Attorneys for Plaintiff TRAVELPASS GROUP, LLC |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of April 2017, I electronically filed the foregoing **STIPULATED MOTION TO STAY** via the CM/ECF system, which served the following:

>John R. Lund (jlund@parsonsbehle.com)
>Lara A. Swensen (lswensen@parsonsbehle.com)
>PARSONS BEHLE & LATIMER
>201 South Main Street, Suite 1800
>Salt Lake City, Utah 84111
>
>Jeremy A. Fielding (jfielding@lynnllp.com)
>Jonathan David Kelley (jkelley@lynnllp.com)
>LYNN PINKER COX & HURST, LLP
>2100 Ross Avenue, Suite 2700
>Dallas, Texas 75201

/s/ David C. Reymann